ACCEPTED
04-15-00097-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
4/2/2015 10:20:48 AM
KEITH HOTTLE
CLERK

NO. 04-15-00097-CV

IN THE FOURTH COURT OF APPEALS DISTRICT
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
04/2/2015 10:20:48 AM
KEITH E. HOTTLE
Clerk

*    *    *

BRIAN McENERY,
*Appellant*

V.

CITY OF SAN ANTONIO and CHIEF CHARLES N. HOOD,
*Appellees*

**NOTICE OF APPEARANCE AS LEAD APPELLATE COUNSEL FOR
APPELLEES CITY OF SAN ANTONIO AND CHIEF CHARLES N. HOOD**

*    *    *

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Please take notice that Jacqueline M. Stroh of The Law Office of Jacqueline M. Stroh, P.C., is entering an appearance as lead appellate counsel for Appellees City of San Antonio and Chief Charles N. Hood. Please direct all future correspondence and court notices, as well as copies of all other communications from the Court and from other counsel, to Ms. Stroh. Ms. Deborah L. Klein and Mr. Mark Kosanovich will also continue to serve as appellate counsel for Appellees and should also be served. Notice of this designation has been provided to all parties.

Respectfully submitted,

THE CITY OF SAN ANTONIO
Deborah Lynne Klein
State Bar No. 11556750
Office of the City Attorney
Litigation Division
111 Soledad Street, 10th Floor
San Antonio, Texas 78205
(210) 207-8784
(210) 207-4357 (telecopier)
deborah.klein@sanantonio.gov

FITZPATRICK & KOSANOVICH, P.C.
Mark Kosanovich
State Bar No. 00788754
P.O. Box 831121
San Antonio, Texas 78283-1121
(210) 207-7259
(210) 207-8997 (telecopier)
mark.kosanovich@sanantonio.gov

THE LAW OFFICE OF
JACQUELINE M. STROH, P.C.
Jacqueline M. Stroh
State Bar No. 00791747
10101 Reunion Place, Suite 600
San Antonio, Texas 78216
(210) 477-7416
(210) 477-7466 (telecopier)
jackie@strohappellate.com

By:      /s/ Jacqueline M. Stroh
         Jacqueline M. Stroh

ATTORNEYS FOR APPELLEES, CITY OF SAN ANTONIO AND
CHIEF CHARLES N. HOOD

**CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing motion was on this the 2nd day of April, 2015, served on the following counsel of record in accordance with the Texas Rules of Appellate Procedure:

Ronald B. Prince
Floyd Steven Contreras
Prince Contreras PLLC
417 San Pedro Avenue

San Antonio, Texas 78212
ron@princecontreras.com
floyd@princecontreras.com
*Attorneys for Appellant*

Mr. Ricky J. Poole
Law Office of Ricky J. Poole
The Forum Building
8000 IH-10 West, Suite 600
San Antonio, Texas 78230
rpoole@alamocityattorney.com
*Attorney for Intervenor*

_____/s/ Jacqueline M. Stroh_____
Jacqueline M. Stroh
